**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **S&S FIRESTONE, INC., d/b/a S&S TIRE,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **08-0477-GB-B** |
| **ALABAMA TIRE SERVICE, LLC, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFAULT JUDGMENT**

This matter is before the court on Plaintiff S&S Firestone, Inc.'s Motion for Entry of Default Judgment against Defendants Alabama Tire Service, LLC and Richard Glass (Doc. 17). Upon consideration of Plaintiff's Motion, the supporting affidavit, the relevant law, and the record as a whole, Plaintiff's Motion for Entry of Default Judgment is **GRANTED**. Judgment is **ENTERED** against Alabama Tire Service, LLC and Richard Glass, jointly and severally, in the amount of $198,941.68. Costs are taxed against the defaulting defendants.

**DONE** and **ORDERED** this 23rd day of January, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE